**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-02498-WJM-NRN

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**,

 Plaintiff,

v.

**JBS CARRIERS, INC.**,

 Defendant.

---

**JOINT MOTION TO ENTER CONSENT DECREE AND FOR ADMINISTRATIVE CLOSURE, SUBJECT TO THE TERMS OF THE CONSENT DECREE**

---

 The Parties, through their respective counsel and pursuant to D.C.COLO.LCivR. 41.2, jointly move for entry of the Consent Decree, filed as Exhibit A to this motion, and for administrative closure, subject to the terms of the Consent Decree. As grounds for this motion, the Parties state as follows:

1. The Consent Decree has been signed by all parties.

2. The Parties believe that all issues in this case are resolved by the Consent Decree, including all of the Equal Employment Opportunity Commission's claims for monetary, injunctive, and equitable relief.

3. The Parties stipulate that this Consent Decree is fair, reasonable, and equitable; is not a product of collusion; and does not violate the public interest.  The Consent Decree was achieved after arms-length negotiations between the Parties, who attended a settlement conference with Magistrate Judge N. Reid Neureiter on March 8, 2019.  [ECF No. 39.]

2

As a result of the settlement conference, the Parties reached agreement on the monetary terms and most of the injunctive and equitable relief to be included in the Consent Decree. [*See id.*] After further arms-length negotiations regarding the injunctive and equitable relief and the terms of the Consent Decree, the Parties reached agreement on all terms of the Consent Decree.

4. Each Party shall bear its own attorney fees and costs.

5. Upon entry of the Consent Decree as an Order of the Court, the Parties move for the administrative closure of this case pursuant to D.C.COLO.LCivR 41.2, including termination with prejudice of all claims and any pending motions, subject to the terms of the Consent Decree, which include this Court retaining jurisdiction during the three-year term of the Consent Decree.

WHEREFORE, the Parties respectfully request that the Court sign and enter the Consent Decree, filed concurrently herewith, and administratively close the present action following entry and subject to the terms of the Consent Decree.

Respectfully submitted on March 28, 2019.

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | SHERMAN & HOWARD L.L.C. |
|---|---|
| */s/ Laurie Jaeckel* <br> Lauren Jaeckel <br> 303 E. 17th Ave., Suite 410 <br> Denver, CO 80203 <br> Telephone: 303.866.1381 <br> Email: lauren.jaeckel@eeoc.gov | */s/ Heather Fox Vickles* <br> Heather Fox Vickles <br> 633 17th Street, Suite 3000 <br> Denver, CO 80202 <br> Telephone: 303-297-2900 <br> Email: hvickles@shermanhoward.com |
| Attorney for Plaintiff | Attorney for Defendant |

**CERTIFICATE OF SERVICE (CM/ECF)**

      I hereby certify that on March 28, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will effect electronic service on all attorneys of record and all persons who have requested electronic service in this action.

                                                */s/ Laurie Jaeckel*
                                                Trial Attorney